**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEROY KASHEEM HOLLEY, | : | Civil No. 1:26-CV-02400 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| STANLEY FIEDORCZYK , | : | |
| | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW,** on this 2nd day of October, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is **DISMISSED** without prejudice.
2. A Certificate of Appealability is **DENIED**.
3. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania